*In re* AGRADECIMIENTO AL PRESIDENTE DE LA JUNTA DE EDUCACIÓN CONTINUA Y A SUS MIEMBROS.

*Número:* EN-2004-3          *Resuelto:* 20 de julio de 2004

Sala de Verano integrada por su PRESIDENTA, la JUEZA PRESIDENTA SEÑORA NAVEIRA MERLY, y los JUECES ASOCIADOS SEÑORES HERNÁNDEZ DENTON y FUSTER BERLINGERI.

## RESOLUCIÓN

En nuestra Resolución de 4 de octubre de 2002, designamos a un grupo de distinguidos abogados como miembros de la Junta de Educación Continua. Como parte de su encomienda estaba el someternos para su aprobación un proyecto de reglas para la administración del programa de educación jurídica obligatoria, establecido en el Reglamento de Educación Jurídica Continua que aprobamos el 30 de junio de 1998. Este programa, dirigido a los abogados activos en el ejercicio de su profesión en Puerto Rico, requería la adopción de reglas necesarias para su administración eficiente, conforme lo dispuso en el referido Reglamento, en su Regla 8(d)(7).

En cumplimiento de esa particular función, la Junta de Educación Continua nos ha presentado su *Proyecto de Reglamento del Programa de Educación Jurídica Continua.* Este proyecto ha quedado sometido ante la consideración del Tribunal. Este Tribunal desea consignar, mediante la presente Resolución, su profundo agradecimiento por la labor realizada en la elaboración de este importante cuerpo de reglas al Dr. Efraín González Tejera, presidente de la Junta, y a sus miembros: Lcdo. Luis Roberto Piñero, Lcdo. José Alberto Morales, Prof. Roberto Aponte Toro, Hon. Roberto José Sánchez Ramos, Lcda. Tamara Sosa Pascual y Lcdo. Mario Oronoz Rodríguez.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

*(Fdo.)* Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*